# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WELLINGTON HEAD, on his own behalf
and other similarly situated,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:08-cv-917-Orl-22KRS

**V&L SERVICES III, INC., JAMES VAN
HART, ALONZO LINGO,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 47) filed on May 11, 2009.

The United States Magistrate Judge has submitted a report recommending that the Court dismiss opt-in plaintiffs Samuel Levy and Gregory Johnson for failure to prosecute and comply with Court orders.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed May 11, 2009 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Opt-in plaintiffs Samuel Levy and Gregory Johnson are hereby DISMISSED for failure to prosecute and for failure to comply with Court orders.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 28, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge